IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CLARENCE JOSEPH BOUDREAUX | § | |
| VS. | § | CIVIL ACTION NO.   9:21-CV-255 |
| LONNIE R. BAXTER, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Clarence Joseph Boudreaux, a prisoner confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying plaintiff's motion for leave to proceed *in forma pauperis*.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge is **ADOPTED**.  Plaintiff's motion for

leave to proceed *in forma pauperis* is **DENIED**.  Plaintiff shall pay the $402.00 filing fee within thirty days of this order.  Plaintiff's failure to pay the filing fee may result in this action being dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED** this the 18 day of **January, 2022.**

_____
Thad Heartfield
United States District Judge